ty income only on July 29, 2008, five months before her 50th birthday. In reaching this conclusion, the ALJ generously gave Ms. Phillips the benefit of a "borderline" age determination as a "person closely approaching advanced age" rather than a "younger person." *See* 20 C.F.R. § 416.963(c) (defining "younger person" as one under age 50), 416.963(d) (defining "person closely approaching advanced age" as one who is age 50 to 54); SSR 83–10, 1983 WL 31251, at *8 (1983). With the change in her age category, Medical–Vocational Guideline 201.10 directed a finding that Ms. Phillips was disabled. *See* 20 C.F.R. Pt. 404, Subpt. P, App. 2, § 201.10. Because Ms. Phillips was not disabled as of March 31, 2007, her date last insured for disability benefits, the ALJ properly concluded that she was not entitled to disability benefits. *See* 42 U.S.C. § 423(a)(1)(A), (c)(1); 20 C.F.R. § 404.131; *Briscoe ex rel. Taylor v. Barnhart,* 425 F.3d 345, 348 (7th Cir.2005).

Ms. Phillips offers no legal or factual basis for disturbing the ALJ's decision, which reflects thorough consideration of the record. To the extent Ms. Phillips believes that the ALJ needed to reconsider her previous applications, she is incorrect; the doctrine of res judicata applies to them. *See* 20 C.F.R. § 404.957(c)(1); *Keith v. Barnhart,* 473 F.3d 782, 784 n. 6 (7th Cir.2007).

We AFFIRM the judgment of the district court.

UNITED STATES of America, Plaintiff–Appellee

v.

Frankie ALICEA, Defendant–Appellant.

No. 11–1259.

United States Court of Appeals, Seventh Circuit.

Submitted April 19, 2011.

Decided May 19, 2011.

Dylan Smith, Office of the United States Attorney, Chicago, IL, for Plaintiff–Appellee.

Frankie Alicea, Pekin, IL, pro se.

Before WILLIAM J. BAUER, Circuit Judge, RICHARD A. POSNER, Circuit Judge, ANN CLAIRE WILLIAMS, Circuit Judge.

**ORDER**

The District Court, after some false starts, followed the mandate of this court and clarified the sentence. This is all that was requested and the order of the District Court is summarily affirmed.